42 § 1983

Civil Claim\Complaint

FILED
SEP 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr
1015 8th St. N.W.   Plaintiff,
W.D.C. 20011

v.

United States of America, et al.,
U.S. Dept. of Education, et al.,
Defendants.

CASE NUMBER 1:05CV01895
JUDGE: Richard W. Roberts
DECK TYPE: Civil Rights (non-employmen
DATE STAMP: 09/22/2005

Statement of Claim

This claim\Complaint is against the United States Department of Education, and Ms. Diane Spadoni, Regional Director of the Chicago Service Center Division.

In this claim, The Defendants are being sued in their individual and official capacity. Furthermore, as relief in this claim. In addition to the $175,000.00 monitary

1

relief. I, plaintiff, Johnny Ray Chandler, Sr. is respectfully requesting that this Court issue a ~~permanent~~ permanent Restraining Order against the Defendants for the Tort of harassment

## CLAIM #1

In or about the year ~~1977-78~~ 1984-85. I, plaintiff Johnny Ray Chandler, Sr. applied for and was granted a Federal Student Loan. I failed to make payments on said loan. So, for approximently three (3) consectitive years. All of my Federal Tax Returns was taken and applied to the Principal Balance of that Loan. Then in 1988-89 I plaintiff, Johnny Ray Chandler, Sr. was arrested and incarcerated for Robbery, Armed Robbery, and Assault with a Dangerous Weapon. I, was not released from prison until June 3, 2005, (~~15 yrs.~~). After doing a prison term of fifteen

(15) years. Then, on July 30, 2005 I receive a document (Bill) from the United States Department of Education, National Payment Center in Greensville, Texas. In that document (Bill) it was alleged that I owe a Principal Balance of $1,151.68. With incurred interest of $1,920.77 (See exhibit A), (Debt Collection Bill). I am willing to pay the Principal Balance. But, I do not think or feel that I should be required to pay the incurred interest between May of 1988 upto and including June 3, 2005. Because, I was incarcerated and there was no way I could have paid said interest. So, on August 17, 2005 I sent a letter to the U.S. Department of Education, National Payment Center in Greensville, Texas. I explained to them the facts that I had been incarcerated from May of 1988 to June 3, 2005 and asked them to nullify the interest from May

of 1988 upto and encluding June 3, 2005. (See exhibit B.) Then on August 20, 2005. I received a response letter from Ms. Diane Spadoni, Regional Director of the Chicago Service Center Division, (See exhibit C.) Ms. Spadoni did not nullify the interest. So, in response to her letter of August 17, 2005 I sent her another letter asking her to nullify the interest from May of 1988 upto and encluding June 3, 2005. That letter was sent on August 25, 2005. (See exhibit D.) For the Record, I would like this Court to know that as of August 6, 2005 I have made two (2) $50.00 payments on the Principal Balance of my loan. Moreover, being that the defendants refuss to nullify the 1988 thru 2005 interest. I plaintiff, Johnny Ray Chandler, Sr. moves this Honorable Court to issue a Permanent Restraining Order. Ordering that the interest from

May of 1988 to June 3, 2005. Be immediately and permanently nullified. Then, on August 25, 2005 I sent Ms. Diane Spadoni, Regional Director still another letter. Respectfully requesting that the accrualed interest from May of 1988 thru June 3, 2005 be nullified (See exhibit D.) Then on September 12, 2005. In response to the letter of August 25, 2005. Ms. Spadoni, Regional Director said that:

"The accrued interest will not be waived or reduced." (see exhibit G.)

## CIATM #2

Here in this claim, I plaintiff, Johnny Ray Chandler am being harassed by the National Payment Center and the United States Department of Education. They are constantly sending Notices of Due Payment. Even-

Though I have made two (2) $50.00 payments. They continue to send me bills for payment. This behavior constitutes as un-necessary and un-wanton Harassment. Because, All of my payments have been made on time. So, there is no need for them to be sending me a Payment Bill every month.

## REQUESTED RELIEF

As relief in this Claim. I, plaintiff Johnny Ray Chandler, Sr. Respectfully moves this Honorable Court to grant him the following relief:

1. Monitary Damages. $175,000.00

2. Injunctive Relief: The accrued interest from May of 1988 thru June 3, 2005 be nullified by court order.

3. Permanent Restraining Order: It be

Ordered by this Court that the Defendants stop harassing me with monthly Billing Statements.

Respectfully Submitted,

Johnny Ray Chandler, Sr.