Exhibit A.

PLEASE DETACH AND RETURN THE ABOVE PORTION OF THE BILL WITH CHECK PAYABLE TO U.S. DEPT OF EDUCATION
KEEP THIS PORTION FOR YOUR RECORDS

# U.S DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

IMPORTANT ANNOUNCEMENT:  THE EMERGENCY UNEMPLOYMENT COMPENSATION ACT OF 1991 (P.L. 102-164), AMENDED THE HIGHER EDUCATION ACT OF 1965 TO INCLUDE SECTION 488(A) WHICH NOW ALLOWS THE U.S. DEPARTMENT OF EDUCATION (ED) TO REQUIRE EMPLOYERS, WHO EMPLOY AN INDIVIDUAL WHO IS NOT REPAYING THEIR DEFAULTED STUDENT LOAN, TO BEGIN DEDUCTING FIFTEEN PERCENT OF THE DEBTOR'S TAKE-HOME PAY IN ORDER TO RECOVER THE ENTIRE BALANCE DUE. UNDER THIS AUTHORITY, NO LEGAL ACTION IS REQUIRED TO OBTAIN ADMINISTRATIVE COOPERATION FROM THE EMPLOYER. THIS NOTICE IS INTENDED AS AN ADVISORY TO ENCOURAGE THOSE, NOT CURRENTLY PAYING, TO MAKE ARRANGEMENTS TO VOLUN- TARILY REPAY THEIR STUDENT LOANS BEFORE MORE SERIOUS ACTIONS ARE TAKEN AGAINST THEM. IF YOU HAVE RECEIVED THIS NOTICE, AND ARE NOT CURRENTLY MEETING YOUR ESTABLISHED REPAYMENT SCHEDULE, SEND YOUR CHECK, ALONG WITH THIS COUPON, FOR THE AMOUNT SHOWN, TO THE ADDRESS NOTED ABOVE OR MAKE REPAYMENT ARRANGEMENTS BY CALLING THE APPROPRIATE PHONE NUMBER PROVIDED IN THIS NOTICE. THANK YOU FOR YOUR COOPERATION.

PLEASE CALL THE APPROPRIATE TELEPHONE NUMBER SHOWN IN THE LOWER LEFT-HAND CORNER OF THIS STATEMENT. DO NOT SEND COMMUNICATIONS, OTHER THAN NAME AND/OR ADDRESS CHANGES, WITH YOUR PAYMENT. ALL COMMUNICATIONS RE-GARDING YOUR ACCOUNT MUST BE SENT TO THE ADDRESS SHOWN BELOW.

| MONTHLY PAYMENT | PAST DUE AMT. | PAY THIS AMT. |
|---|---|---|
| 50.00 | 0.00 | 50.00 |

*Payment Date*  *Amt. Paid*

| DEBT | PRINCIPAL BAL. | INTEREST | ADMIN. COSTS | PEN. CHARGES | FEES | DEBT TOTAL |
|---|---|---|---|---|---|---|
| G9005000106801 | 1,151.68 | 1,920.77 | 0.00 | 0.00 | 0.00 | 3,072.45 |
| 8/6/05 | 1,151.68 | 1,920.77 | 50.00 | | | 3,022.45 |
| 9/9/05 | 1,151.68 | 1,920.77 | 50.00 | | | 2,972.45 |
| | | | | | | |
| | | | | | | |

*Annullment letter sent to* ←

05 1895

FILED
SEP 22 2005

| ADDRESS ALL WRITTEN REPLIES TO: | TOLL FREE NUMBER: | TOTAL BALANCE  3,072.45 |
|---|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>CHICAGO SERVICE CENTER<br>P.O. BOX 617635<br>CHICAGO    IL 60661-7635 | LOCAL         (800) 621-3115<br>IN STATE      (800) 621-3115<br>OUT OF ST. (800) 621-3115<br>ASK FOR SECTION ___611___ | PAYMENT DUE DATE:  AUG 15 2005<br>CLOSING DATE:       JUL 27 2005 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

B00   029926                                                     PAGE 1

Exhibit B.

Johnny Ray Chandler, Sr.
Account No. 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
6015 8th Street, NW
Washington, DC 20011

August 17, 2005

National Payment Center
U.S. Department of Education
P. O. Box 4169
Greenville, TX 75403-4169

RE: Account No. 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
Past Interest Abandonment

To whom it may concern:

    I am writing you in reference to my outstanding account. On July 27, 2005, The National Payment Center in Greensville, TX sent me a letter of payment agreement. That document was received on July 30, 2005. In that document it was alleged that I owe a:

1. Principle Balance of $1,151.68

2. Interest of $1,920.77

3. Total Balance $3,072.45

    Now, it is because of the interest that I am writing you this letter. I am not trying to circumvent my responsibility but I want to resolve this matter as soon as possible. I strongly think, feel, and believe that the interest that was assumed, with all due respect, should be retracted. The reason why I say and make this humble request is because ever since May of 1988 I was incarcerated. I was not released from prison until June 3, 2005, a period of 15 years. Now, if needed, I can and will produce proof of my incarceration. Now that I have divulged to you the fact that I have been incarcerated for the past 15 years, I humbly and respectfully request that the interest that was assessed between May of 1988 up to and excluding June 3, 2005 be annulled. If for any reason, you have any questions about this letter or need any additional information in order to honor my modest request, please feel free to contact me. Your written response to this letter and its contents is urgently needed and will be very deeply appreciated.

Respectfully yours,


Johnny Ray Chandler, Sr.

05 1895
**FILED**

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit C.



**FSA**
FEDERAL
STUDENT AID

*We Help Put America Through School*

August 17, 2005

Mr. Johnny Chandler
6015 8th Street N.W.
Washington, DC 20011-1918

                                        Debt No.:  G199005000106801
                                     Account No.:  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

Dear Mr. Chandler:

Thank you for your recent correspondence concerning your student loan account with the U.S. Department of Education (ED).

You dispute the interest that has been added to your account. Under the terms of the promissory note you signed, interest was to accrue on the principal balance. Nothing in the terms of that note stated that interest accrual would stop if you became incarcerated.

For further information regarding your account with ED, you should contact:

    U.S. Department of Education
    Debt Collection Service Center
    P.O. Box 5609
    Greenville, Texas  75403-5609
    1-800/621-3115

For more information, visit our website www.1800iwillpay.com.

I hope this information will be helpful to you.

                                            Sincerely,

                                            *Diane Spadoni*

                                            Diane Spadoni
                                            Regional Director
                                            Chicago Service Center Division

05 1895

**FILED**
SEP 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit D.

8/25/05

Johnny Ray Chandler, Sr.
601 S 8th Street, N.W.
Washington, D.C. 20011

Debt No. G-199005000106801
Account No. 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

Ms. Diane Spadoni
Regional Director
Chicago Service Center
P.O. Box 617635
Chicago, IL. 60661-7635

Dear Ms. Spadoni,

 I am writing to you in reference to the correspondence that you sent to me dated August 17, 2005. In your letter, you stated, "Nothing in the terms of that note stated that interest accrual would stop if you became incarcerated."

Now, I ~~under~~ understand the fact that

FILED
05 1895   SEP 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

normal circumstances, interest was to accrue on the principal balance. But, the fact is, and I'm sure you will agree. Being incarcerated for fifteen (15) years is not normal circumstances. I am not asking/requesting that all of the interest on the principal balance be completely nullified. Just nullify the interest from May of 1988 up to and encluding June 3, 2005. Being that I am now an active member of society. It is my plans to pay the principal balance of my loan. As a matter of fact. On or about July 15, 2005. I called the National Payment Agency, in Greenville, Texas and set up a payment plan. Arrangements were made for me to pay $50.00 per month. Due on the 15th of each month.

Moreover, to further show that I am not trying to circumvent my responsibility or dishonor my agreement. On August 8, 2005 I made my first $50.00 payment on my loan.

Wherefore, being that I am attempting to shoulder my responsibility. I, humbly and respectfully ask that you find it in your heart. To make the necessary arrangements for the interest from May of 1988 to June 3, 2005 to be nullified.

Your personal response, Along with the necessary arrangements that you made or will make. Is urgently needed and will be by me. Very deeply appreciated.

Thank You in advance for your assistance!

Sincerely,

Johnny Ray Chandler, Sr.

PLEASE DETACH AND RETURN THE ABOVE PORTION OF THE BILL WITH CHECK PAYABLE TO U.S. DEPT. OF EDUCATION
KEEP THIS PORTION FOR YOUR RECORDS

Exhibit E.

# U.S DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

IMPORTANT ANNOUNCEMENT: THE EMERGENCY UNEMPLOYMENT COMPENSATION ACT OF 1991 (P.L. 102-164), AMENDED THE HIGHER EDUCATION ACT OF 1965 TO INCLUDE SECTION 488(A) WHICH NOW ALLOWS THE U.S. DEPARTMENT OF EDUCATION (ED) TO REQUIRE EMPLOYERS, WHO EMPLOY AN INDIVIDUAL WHO IS NOT REPAYING THEIR DEFAULTED STUDENT LOAN, TO BEGIN DEDUCTING FIFTEEN PERCENT OF THE DEBTOR'S TAKE-HOME PAY IN ORDER TO RECOVER THE ENTIRE BALANCE DUE. UNDER THIS AUTHORITY, NO LEGAL ACTION IS REQUIRED TO OBTAIN ADMINISTRATIVE COOPERATION FROM THE EMPLOYER. THIS NOTICE IS INTENDED AS AN ADVISORY TO ENCOURAGE THOSE, NOT CURRENTLY PAYING, TO MAKE ARRANGEMENTS TO VOLUNTARILY REPAY THEIR STUDENT LOANS BEFORE MORE SERIOUS ACTIONS ARE TAKEN AGAINST THEM. IF YOU HAVE RECEIVED THIS NOTICE, AND ARE NOT CURRENTLY MEETING YOUR ESTABLISHED REPAYMENT SCHEDULE, SEND YOUR CHECK, ALONG WITH THIS COUPON, FOR THE AMOUNT SHOWN, TO THE ADDRESS NOTED ABOVE OR MAKE REPAYMENT ARRANGEMENTS BY CALLING THE APPROPRIATE PHONE NUMBER PROVIDED IN THIS NOTICE. THANK YOU FOR YOUR COOPERATION.

PLEASE CALL THE APPROPRIATE TELEPHONE NUMBER SHOWN IN THE LOWER LEFT-HAND CORNER OF THIS STATEMENT. DO NOT SEND COMMUNICATIONS, OTHER THAN NAME AND/OR ADDRESS CHANGES, WITH YOUR PAYMENT. ALL COMMUNICATIONS REGARDING YOUR ACCOUNT MUST BE SENT TO THE ADDRESS SHOWN BELOW.

*Received on Sept. 6, 2005*

| MONTHLY PAYMENT | PAST DUE AMT. | PAY THIS AMT. |
|---|---|---|
| 50.00 | 0.00 | 50.00 |

| DEBT | PRINCIPAL BAL. | INTEREST | ADMIN. COSTS | PEN. CHARGES | FEES | DEBT TOTAL |
|---|---|---|---|---|---|---|
| G9005000106801 | 1,151.68 | 1,877.75 | 0.00 | 0.00 | 0.00 | 3,029.43 |

05 1895 FILED
SEP 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| ADDRESS ALL WRITTEN REPLIES TO: | TOLL FREE NUMBER: | TOTAL BALANCE | 3,029.43 |
|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>CHICAGO SERVICE CENTER<br>P.O. BOX 617635<br>CHICAGO    IL 60661-7635 | LOCAL      (800) 621-3115<br>IN STATE    (800) 621-3115<br>OUT OF ST. (800) 621-3115<br>ASK FOR SECTION___611 | PAYMENT DUE DATE:<br>CLOSING DATE: | SEP 15 2005<br>AUG 31 2005 |

B00   029566                                                                  PAGE 1

Exhibit F.

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

National Payment Center
U.S. Dept. of Education
P.O. Box 4169
Greenville, TX. 75403-4169

Debt No. G1990050000106801
Account No. 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

September 9, 2005

05 1895

FILED

SEP 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To whom it may concern:

I am writing to you to hopefully obtain some information about the payments that I have made on my Student Loan Account.

First and foremost, I would like to

bring to your attention, the fact that there has been an error made in the above account. On August 6, 2005 the Debt total was $3,072.45. On August 6, 2005 a $50.00 initial payment was made, Making the Debt Total $3,022.45. Then on September 6, 2005 I received a Debt Collection Bill. On that Bill\Statement, it reads, Debt Total $3,029.43 Making a difference of $6.98. I would like to know if interest is being added monthly? If so, what is the amount of the monthly interest.

Also, I would like to know if my $50.00 payments are going on the interest, on the Debt Total, or on the Principal Balance?

Furthermore, I would like for you to send me a payment sheet, showing the month, day, and date of each payment. Your response to this

letter. Providing me with the requested information. Is urgently needed and will be greatly appreciated.

Sincerely,

Johnny Ray Chandler

Exhibit G.



We Help Put America Through School

September 12, 2005

Mr. Johnny Chandler, Sr.
6015 8th Street N.W.
Washington, DC 20011-1918

                        Debt No.: G199005000106801
                    Account No.: 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

Dear Mr. Chandler:

Thank you for your recent correspondence concerning your student loan account with the U.S. Department of Education (ED).

You dispute the interest that has been added to your account. We regret that you are dissatisfied with our previous response; however, our position has not changed.

When you signed the promissory note for your loan, you promised to pay principal, interest, and any fees and charges necessary for the collection of any amount not paid when due. Under the terms of the promissory note you signed, interest was to accrue at 9 percent per year. Nothing in the terms of that note stated that interest accrual would stop if you became incarcerated.

The accrued interest will not be waived or reduced.

For further information regarding this account, you should contact ED's Debt Collection Service Center at 1-800/621-3115.

For more information, visit our website www.1800iwillpay.com.

I hope this information will be helpful to you.

                                  Sincerely,

                                  *Diane Spadoni*

                                  Diane Spadoni
                                  Regional Director
                                  Borrower Services

05 1895

FILED

SEP 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT