## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| JOHNNY RAY CHANDLER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1895 (RWR) |
| ) | |
| UNITED STATES OF ) | |
| AMERICA, *et al.* ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### ORDER

On March 10, 1995, Johnny Ray Chandler was found to be a prolific filer and was enjoined from filing further civil actions with this court without first obtaining leave to file from the court.  Chandler v. D.C. Dep't of Corr., Civil Action No. 95-2366 (GK) (D.D.C. Mar. 10, 1995) (order enjoining plaintiff).  "In seeking leave to file, Plaintiff must certify that his claims have never been raised and disposed of on the merits.  He must also certify that the claims are not frivolous or harassing." Id.

In filing his most recent complaint, which alleges violations of 42 U.S.C. § 1983 by the United States and the United States Department of Education, the defendant failed to seek leave of the court, failed to certify that his claims have never before been raised and disposed of, and failed to certify

- 2 -

that his claims are not frivolous and harassing.  Accordingly it is hereby

ORDERED that this case be, and hereby is, DISMISSED for failure to comply with the court's injunction of March 10, 1995.

SIGNED this 6th day of October, 2005.


_____/s/_____
RICHARD W. ROBERTS
United States District Judge